UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| THOMAS E. SMITH,<br><br>  Plaintiff,<br>v.<br><br>BRAD HOFFMAN, et al.,<br><br>  Defendants.<br>_____/ | No. C 14-01741 LB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING A FIRST AMENDED COMPLAINT TO BE FILED AND SERVED BY APRIL 27, 2015** |

On March 9, 2015, this court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute. The court did so because, although the action was filed on April 16, 2014, Plaintiff still had not served Defendants with the complaint and summons.

On March 10, 2015, Plaintiff's counsel responded to the order to show cause. He explained that he has been facing some personal difficulties of late and that his paralegal, who knows much about this action, has been dealing with a medical problem for the last few months. These things have prevented him from drafting, filing, and serving a first amended complaint. That said, he believes that he can do so by mid- to late-April 2015. He also says that he has been in contact with Defendants' counsel, who has no objection to the delay in service.

Based on Plaintiff's counsel's representations, the court discharges its order to show cause. Under the circumstances, the court will allow Plaintiff's counsel to file and serve a first amended complaint no later than April 27, 2015.

**IT IS SO ORDERED.**

Dated: March 19, 2015

_____
LAUREL BEELER
United States Magistrate Judge